MANUFACTURERS & TRADERS TRUST COMPANY, Appellant, *v.* SAMUEL SAPOWITCH, as Administrator of the Estate of GEORGE SIMON (also known as GEORGE SHUMAN), Deceased, et al., Defendants, and FIDELITY AND CASUALTY COMPANY OF NEW YORK et al., Interveners, Respondents.

Submitted April 7, 1947; decided April 17, 1947.

Motion by respondents for reargument denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 226.]

In the Matter of the Claim of AGNES H. GLAVY, Respondent, against BETHLEHEM STEEL COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted April 7, 1947; decided April 17, 1947.

*William M. Fay* and *Solon J. Stone* for motion.
*Nathaniel L. Goldstein*, Attorney-General (*Gilbert M. Landy* and *Roy Wiedersum* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.